```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/15/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

**RIOS,**

                      **Plaintiff,**

      **-against-**

**MILLER,**

                      **Defendant.**

------------------------------------------------------------------ x

**17-cv-02256 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    Defendant is hereby ORDERED to serve Plaintiff with the Court's recent Opinion and Order, and file proof of service by July 20, 2020.

**SO ORDERED.**

**Dated:**      **New York, New York**
                **July 15, 2020**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**