**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 13, 2021

**KEVIN RIOS,**

                         **Petitioner,**

        **-against-**

**CHRISTOPHER MILLER,**
*SUPERINTENDENT*

                      **Respondent.**

**17-CV-2256** (ALC)

**ORDER DENYING REQUEST FOR**
**CERTIFICATE OF APPEALABILITY &**
**IFP APPLICATION**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of motions filed by Petitioner Kevin Rios ("Petitioner") seeking

(1) an extension of time to file a notice of appeal (ECF No. 43) and (2) leave to proceed *in*

*forma pauperis* on appeal (ECF No. 44).

The request for an extension is hereby **GRANTED**. The motion for an extension was

made within 60 days from the date of entry of judgment and Petitioner showed "good cause or

excusable neglect" for his failure to file a timely notice of appeal.

Because Petitioner has not made a substantial showing of the denial of a constitutional

right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order

would not be taken in good faith, and therefore *in forma pauperis* status is **DENIED** for the

purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner and

note service on the docket.

       **SO ORDERED.**

**Dated:**  July 13, 2021
New York, New York

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**